# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Barbara Covalt, David Allen, Ramiro Ramirez, Andrew Tijerina, and Estella Truong<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>First Choice Payment Solutions G.P., d/b/a Sekure Merchant Solutions,<br><br>　　　　　　Defendant. | Civil Action No.:  5:19-cv-598-DAE |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 16, 2019

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:   /s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, *Attorney-in-Charge*
　　　　　　　　　　　　　　　　　　　　　Connecticut Bar No. 425027
　　　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　E-mail: slemberg@lemberglaw.com
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 16, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

         By /s/ Sergei Lemberg

          Sergei Lemberg