UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Barbara Covalt, David Allen, Ramiro Ramirez, Andrew Tijerina, and Estella Truong<br><br>Plaintiffs,<br><br>v.<br><br>First Choice Payment Solutions G.P., d/b/a Sekure Merchant Solutions,<br><br>Defendant. | Civil Action No.: 5:19-cv-598-DAE |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| | |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ Lawren A. Zann_____ |
| Sergei Lemberg, *Attorney-in-Charge*<br>Connecticut Bar No. 425027<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT  06897<br>Tel: (203) 653-2250<br>Fax: (203) 653-3424<br>*Attorney for Plaintiffs* | Andrew J. Schumacher<br>State Bar No. 24051310<br>WINSTEAD PC<br>400 Congress Ave., Suite 2100<br>Austin, TX 78701<br>Tel: (512) 370-2816<br>Fax: (512) 370-2850<br><br>Beth-Ann E. Krimsky, Esq. (*pro hac vice*)<br>Lawren A. Zann, Esq. (*pro hac vice*)<br>GREENSPOON MARDER LLP<br>200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, Florida 33301<br>Tel: (954) 527-6296<br>Fax: (954) 333-4027<br>*Attorneys for Defendant* |

_____

SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Sergei Lemberg

                                                    Sergei Lemberg